DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
SAUL CAMPOS-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-001-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| SAUL CAMPOS-CRUZ, | ) | |
| | ) | Date: March 15, 2011 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for SAUL CAMPOS-CRUZ, that the status conference hearing date of March 1, 2011 be vacated, and the matter be set for status conference on March 15, 2011 at 9:15 a.m.

   The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1 this order through and including March 15, 2011 pursuant to 18 U.S.C.
2 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
3 T4 based upon continuity of counsel and defense preparation.

DATED:  March 1, 2011.                 Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender


                                       /s/ Courtney Fein
                                       COURTNEY FEIN
                                       Designated Counsel for Service
                                       Attorney for SAUL CAMPOS-CRUZ

DATED:  March 1, 2011.                 BENJAMIN WAGNER
                                       United States Attorney


                                       /s/ Michele Beckwith
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff



                                    ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 1, 2011, status conference hearing be continued to March 15, 2011, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 15, 2011 status

1  conference shall be excluded from computation of time within which the
2  trial of this matter must be commenced under the Speedy Trial Act
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
4  to allow defense counsel reasonable time to prepare.
5  Dated: February 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT