```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
SAUL CAMPOS-CRUZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAUL CAMPOS-CRUZ,<br><br>　　　　Defendant.<br>_____ | NO. CR.S-11-001-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: April 5, 2011<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for SAUL CAMPOS-CRUZ, that the status conference hearing date of March 15, 2011 be vacated, and the matter be set for status conference on April 5, 2011 at 9:15 a.m.

　　　　The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, continue investigating the facts of the case, and review the plea agreement.

/ / /

/ / /

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 5, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 10, 2011.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          */s/ Courtney Fein*
                                          COURTNEY FEIN
                                          Designated Counsel for Service
                                          Attorney for SAUL CAMPOS-CRUZ

DATED: March 10, 2011.                    BENJAMIN WAGNER
                                          United States Attorney


                                          */s/ Michele Beckwith*
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 15, 2011, status conference hearing be continued to **April 5, 2011, at 9:15 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the

2

best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 5, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 10, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT